UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO. 10-810 (DRD) |
| v. | : |
| CHARLES FERRARA, JR. | : ORDER |

To: Hon. Dickinson R. Debevoise, U.S.D.J.
M.L. King, Jr. Federal Building
& Courthouse
50 Walnut Street
Room 5083
Newark, New Jersey 07102

Lee M. Cortes Jr., A.U.S.A.,
Special Prosecutions
970 Broad Street
Room 700
Newark, NJ 07102

**THIS MATTER**, having been opened to the Court by WEIR & PLAZA, LLC, (Edward J. Plaza appearing) as Attorneys for Defendant Charles Ferrara, on application to remove an encumbrance on Defendant Charles Ferrara's property as a result of an unsecured bond posted on Charles Ferrara and with the consent of Pretrial Services Officer Wendy Lonsdorf;

**IT IS** on this 19th day of November, 2012,

**ORDERED** that the unsecured bond be removed for the purposes of the refinancing of Charles Ferrara's home located at 300 16th Avenue, Belmar, New Jersey; and it is further

**ORDERED** that the unsecured bond again be posted 30 days after the refinancing of Charles Ferrara's property; and it is

further

**ORDERED** that all other conditions of release remain in full force and effect; and it is further;

**ORDERED** that a copy of this Order be served upon all parties within 10 days of the date hereof.

_____
Hon. Dickinson R. Debevoise, U.S.D.J.

I hereby consent to the form and entry of this Order.

_____        _____
Lee M. Cortes Jr.,                      EDWARD J. PLAZA, ESQ.
A.U.S.A.                                Attorney for Charles
                                        Ferrara